# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| URIEL GONZALEZ, | No. CV 11-8690-PA (PLA) |
| Petitioner, | **JUDGMENT** |
| v. | |
| ROBERT H. TRIMBLE, Warden, | |
| Respondent. | |

Pursuant to the order adopting the findings, conclusions and recommendation of the United States Magistrate Judge, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 12, 2013

HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE